IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACK A. DAVIS, # 182448, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:15-CV-215-WKW |
| ) | [WO] |
| JOHN WILLIAMS, ) | |
| CAPTAIN ROGERS, and ) | |
| DR. KERN, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On September 15, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 24.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation is ADOPTED;

2. Defendants' motions to dismiss (Docs. # 16 & 22) are GRANTED to the extent Defendants seek dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy available to him at the Lowndes County Detention Facility prior to initiating this cause of action;

3. This case is DISMISSED with prejudice under 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust an administrative remedy available to him at the Lowndes County Detention Facility.

4. No costs are taxed.

A separate final judgment will be entered.

DONE this 8th day of October, 2015.

                                            /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE